Warren Murdock, Appellant, v. Thomas M. Hodgens and Inez T. Hodgens,

Respondents.— Decision of motion to dismiss appeal reserved until argument of appeal. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.